# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Ottis Jefferson Smith, ) | Civil Action No. 5:19-cv-02317-JMC |
| )  Petitioner, ) | |
| )  v. ) | **ORDER** |
| )  Tanya James, ) | |
| )  Respondent. ) | |

Petitioner Ottis Jefferson Smith, proceeding *pro se*, filed this action seeking relief under 28 U.S.C. § 2241. (ECF No. 1.) Respondent filed a Motion for Summary Judgment on October 11, 2019. (ECF No. 22.) As Petitioner is proceeding *pro se*, the court entered an Order on October 16, 2019, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response no later than October 25, 2019. (ECF No. 24.) Petitioner has been released from custody due to the expiration of his sentence on October 1, 2019. (ECF No. 23.) The court finds that Petitioner's issue is moot due to his release from custody. Accordingly, the court **GRANTS** Respondent's Motion for Summary Judgment (ECF No. 22) and this action is **HEREBY DISMISSED** with prejudice.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

April 28, 2020
Columbia, South Carolina